IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| ADRIAN DAIL, et al., | |
|     Plaintiffs, | |
| v. | No. 2:23-cv-276-JKW-DEM |
| BOTH, INC., et al., | |
|     Defendants. | |

**DEFENDANTS' NOTICE OF FILING REDLINED EXHIBIT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, STRIKE PORTIONS OF PLAINTIFFS' SECOND AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that, on Friday, May 30, 2025, and pursuant to the Court's May 28, 2025 Order (ECF No. 77) on the Hearing for Defendants' Motion to Dismiss, or in the Alternative, Strike Portions of Plaintiffs' Second Amended Complaint (ECF No. 53), Defendants have filed the attached redline of the Second Amended Complaint (attached as Exhibit A). The redlines incorporated into Exhibit A identify the exact allegations of the Second Amended Complaint that Defendants request the Court dismiss, or in the alternative, strike because these allegations are premised on components of the U.S. Department of Labor's now-vacated 80/20/30 Final Rule. (*See* ECF No. 54 at 27-30 & ECF No. 67 at 15-18.) For ease of reference, the specific text at issue appears in the following paragraphs: 1(e), 13-26, 53, 80, 95-98, 108, 132, 143, 161, 202.

Respectfully submitted,

**BOTH, INC., et al.**

By: */s/ Paul DeCamp*
PAUL DECAMP (VSB No. 76204)
KATHLEEN BARRETT, *pro hac vice*
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, NW, Suite 700
Washington, D.C. 20037
Telephone: (202) 861-1819
Facsimile: (202) 861-3571
Email: PDeCamp@ebglaw.com
KBarrett@ebglaw.com

*Counsel for Defendants*

May 30, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2025, a true and correct copy of the foregoing **Defendants' Notice of Filing Redlined Exhibit in Support of Defendants' Motion to Dismiss, or in the Alternative, Strike Portions of Plaintiffs' Second Amended Complaint** was electronically filed using the Court's CM/ECF system and was automatically served to all counsel of record.

*/s/ Paul DeCamp*
Paul DeCamp (VSB No. 76204)