IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

**ADRIAN DAIL, *et al.*,**
**Individually and on behalf of all**
**Others similarly situated,**

***Plaintiffs,***

**v.**

**CASE NO. 2:23-cv-276-JKW-LRL**

**BOTH, INC., *et al.*,**

***Defendants.***

**JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND FOR DISMISSAL OF PLAINTIFFS' CASE WITH PREJUDICE**

Plaintiffs Adrian Dail, individually and on behalf of all others similarly situated ("Plaintiffs"), and Defendants, BOTH, INC., *et al.*, ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby jointly move for approval of their settlement agreement and for dismissal of Plaintiffs' case with Prejudice for the reasons set forth in the accompanying memorandum filed herewith.

WHEREFORE, the Parties respectfully request that the Court enter an Order: (1) approving the Settlement Agreement (Exhibit 1 to the accompanying Memorandum of Law) and (2) dismissing this case, with prejudice.

Respectfully Submitted,

| | |
|---|---|
| By: */s/ Craig Curwood*<br>Harris D. Butler, III (VSB No. 26483)<br>Craig Juraj Curwood (VSB No. 43975) | */s/ Paul DeCamp*<br>Paul DeCamp (VSB No. 78204)<br>EPSTEIN BECKER & GREEN, P.C. |

| | |
|---|---|
| Zev H. Antell (VSB No. 74634)<br>Samantha Galina (VSB No. 96981)<br>BUTLER CURWOOD, PLC<br>140 Virginia Street, Suite 302<br>Richmond, Virginia 23219<br>Telephone: (804) 648-4848<br>Facsimile: (804) 237-0413<br>Email: harris@butlercurwood.com<br>craig@butlercurwood.com<br>zev@butlercurwood.com<br>samantha@butlercurwood.com<br><br>*Counsel for Plaintiffs* | 1227 25th Street, NW<br>Suite 700<br>Washington, DC 20037<br>Telephone: (202) 861-1819<br>Facsimile: (202) 861-3571<br>Email: pdecamp@ebglaw.com<br><br>Kathleen A. Barrett (*pro hac vice)*<br>EPSTEIN BECKER & GREEN, P.C.<br>227 West Monroe Street, Suite 4500<br>Chicago, IL 60606<br>Telephone: (312) 499-1400<br>Facsimile: (312) 845-1998<br>Email: kbarrett@ebglaw.com<br><br>*Counsel for BOTH, INC., et al.* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 12th day of February 2026, I electronically filed the foregoing Joint Motion to Stay Pending Settlement with the Clerk of Court using the CM/ECF system, which will automatically send email notification to all attorneys of record.

*/s/ Craig Juraj Curwood*
Craig Juraj Curwood (VSB No. 43975)